PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant for Offender Under Supervision

**Name of Offender:** Al-Quodir Parker      **Docket Number:** 03-00589-001
     **PACTS Number:** 34004

**Name of Sentencing Judicial Officer:** HONORABLE DICKINSON R. DEBEVOISE
     SENIOR UNITED STATES DISTRICT JUDGE

**Date of Original Sentence:** 11/24/2003

**Original Offense:** Possession of a Firearm by a Convicted Felon

**Original Sentence:** 41 months imprisonment; 3 years supervised release. Condition: Refrain from alcohol & submit to testing/treatment directed by Probation.

**Type of Supervision:** Supervised release      **Date Supervision Commenced:** 01/25/08

**Assistant U.S. Attorney:** Randall Cook, 970 Broad Street, Room 502 Newark, New Jersey 07102; (973) 645-2700

**Defense Attorney:** Lorraine Gauli-Rufo, Assistant Federal Public Defender, 1002 Broad Street, Newark, New Jersey 07102, (973) 645-6347

---

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | The offender has violated the standard supervision condition which states **'You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.'** Parker used illegal narcotics as evidenced by his positive tests for Marijuana on December 28, 2010 and January 18, 2011. |
| 2. | The offender has violated the standard supervision condition which states **'You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.'** Parker did not report to the probation officer as directed on October 4, 2010; December 6, 2010; and January 3, 2011. |

PROB 12C - Page 2
Al-Quodir Parker

3. The offender has violated the standard supervision condition which states 'You shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.' On or about December 25, 2010, Parker stated he associated DeAndre Parker while DeAndre Parker was using Marijuana. The offender did not have Probation's permission to associate with DeAndre Parker.

4. The offender has violated the special supervision condition which states 'You shall refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and the use of alcohol, and shall submit to urinalysis or other forms of testing to ensure compliance. You shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged by the Court. The Probation Officer shall supervise your compliance with this condition.' Parker failed to abide by the Probation Code-a-Phone daily drug testing program in that he did not call on each date from April 8, 2010 through January 17, 2011. The offender did not report for required drug testing on November 1, 18, 30, December 9, 14, 2010 and January 14, 2011.

I declare under penalty of perjury that the foregoing is true and correct.

By: Thomas Stone
Senior U.S. Probation Officer
Date: 1/20/11

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____
[ ] No Action
[ ] Other

Signature of Judicial Officer

January 21, 2011
Date

UNITED STATES DISTRICT COURT
PROBATION OFFICE
DISTRICT OF NEW JERSEY

CHRISTOPHER MALONEY
CHIEF PROBATION OFFICER

WILFREDO TORRES
SENIOR DEPUTY CHIEF PROBATION OFFICER

DEPUTY CHIEF PROBATION OFFICER
THOMAS C. MILLER

January 21, 2011

SUPERVISION UNIT
20 WASHINGTON PLACE
6TH FLOOR
NEWARK, NJ 07102-3172
(973) 645-6161
FAX: (973) 645-2155
www.njp.uscourts.gov

Honorable Dickinson R. Debevoise
Senior United States District Judge
Martin Luther King Courthouse
50 Walnut Street
Newark, New Jersey 07102

RE: PARKER, Al-Quodir
Supervised Releasee
Docket # 03-589-001
**VIOLATION OF SUPERVISED RELEASE
/ REQUEST FOR A WARRANT**

Dear Judge Debevoise:

On November 24, 2003, Your Honor sentenced the above-named offender on a charge of Possession of a Firearm by a Convicted Felon to 41 months imprisonment, 3 years supervised release. On January 25, 2008, Parker was released from custody, and he commenced his term of supervision.

We now allege that the offender has violated certain conditions of supervision. We request the issuance of a warrant for the arrest of Al-Quodir Parker to ensure his appearance to face these charges.

We charge that Parker is in violation of supervision in that he has used illegal drugs, failed to report, and associated with a person engaged in criminal activity. We further charge that the offender has been noncompliant with Probation's daily drug testing program by failing to call the toll-free number each day since April 8, 2010 and failing to submit a test on numerous dates in November and December, 2010 as well as January 14, 2011.

We respectfully request that Your Honor review and sign the attached Probation Form 12C (Violation of Supervised Release) petition. In addition, we ask the Court to issue a warrant for Al-Quodir Parker. Parker is a flight risk. He does not own real property, and he has a record of failing to appear for Court.

If Your Honor has any questions, the undersigned officer may be contacted directly at 973/645-4590. We are available to discuss this matter further at the Court's convenience.

Respectfully submitted,

CHRISTOPHER MALONEY, Chief
U.S. Probation Officer

Thomas Stone
Senior U.S. Probation Officer

Attachment.