UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Dickinson Debevoise |
| v. | : | Cr. 03-589 |
| AL-QUODIR PARKER | : | <u>ORDER</u> |

A summons charging the defendant with four violations of the terms of his supervised release, contrary to Title 18, United States Code, Section 3583, having been filed on March 29, 2011; and the defendant having appeared before the Court for a hearing on April 25, 2011; and the defendant having been represented by Lorraine Gauli-Rufo, AFPD; and the defendant having pled guilty to Violation Number 1 for illegal use of Marijuana on or about January 18, 2011;

IT IS on this 4th day of May, 2011,

ADJUDGED that the defendant is guilty of Violation Number 1 as stated in the violation petition; and

ORDERED that Violation Numbers 2 through 4 of the violation petition are dismissed; and

ORDERED that all prior Summons Petitions are dismissed; and

ORDERED that the defendant shall be sentenced to time served; and

ORDERED that upon satisfaction of his sentence, his

period of supervised release shall be terminated.

          *[signature]*
          ————————————————————
          HONORABLE DICKINSON DEBEVOISE
          United States District Judge